| | |
|---|---|
| **LEONARDMEYER LLP**<br>Derek J. Meyer (State Bar No.)<br>5900 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90036<br>Tel: (310) 220-0331<br>rmeyer@leonardmeyerllp.com<br><br>**LEONARDMEYER LLP**<br>John P. Killacky (*admitted pro hac vice*)<br>120 N. LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>Tel: (312) 943-4888<br>jkillacky@leonardmeyerllp.com<br><br>*Attorneys for Plaintiff Kelly Brezoczky* | **POLSINELLI LLP**<br>Noel S. Cohen (State Bar No. 219645)<br>2049 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Tel: (310) 556-1801<br>ncohen@polsinelli.com<br><br>**POLSINELLI PC**<br>Stacy A. Carpenter (*admitted pro hac vice*)<br>1401 Lawrence Street, Suite 2300<br>Denver, CO 80202<br>Tel: (303) 572-9300<br>scarpenter@polsinelli.com<br><br>**POLSINELLI PC**<br>Britton L. St. Onge (*admitted pro hac vice*)<br>100 S. Fourth Street, Suite 1000<br>St. Louis, MO 63102<br>Tel: (314) 889-8000<br>bstonge@polsinelli.com<br><br>*Attorneys for Defendants Domtar Corporation and Polsinelli PC* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KELLY BREZOCZKY, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOMTAR CORPORATION, a Delaware corporation; and POLSINELLI PC, a Missouri professional corporation,<br><br>　　　　Defendants. | Case No. 5:16-CV-4995-EJD<br><br>**STIPULATION & [~~PROPOSED~~] ORDER TO EXTEND EXPERT DEADLINES IN PRETRIAL ORDER (JURY)**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom 4, Fifth Floor |

PLAINTIFF KELLY BREZOCZKY ("Plaintiff") and DEFENDANTS DOMTAR CORPORATION ("Domtar") and POLSINELLI PC ("Polsinelli") (Domtar and Polsinelli are collectively referred to herein as "Defendants"), pursuant to Local Rules 6-2 and 7-12, jointly submit

this stipulation asking the Court to extend the deadlines for expert disclosures. The proposed dates below would not impact any other deadlines as described below

### RECITALS

WHEREAS, the Court entered its Pretial Order (Jury) on May 31, 2017 (ECF No. 48), setting the following deadlines on expert disclosures:

**July 31, 2017**: disclose opening expert reports

**August 24, 2017**: disclose rebuttal expert reports

WHEREAS, the deadline for dispositive motions is October 13, 2017 and the case is set for trial commencing January 25, 2018;

WHEREAS, the parties have been diligent in conducting discovery, have exchanged written discovery, and have conducted multiples depositions and scheduled a deposition of a witness associated with one of the defendants on Augusts 1, 2017 after considerable difficulty finding a date that could work for all counsel appearing at the deposition and the deponent;

WHEREAS, in light of the parties' reasonable desire to complete this deposition before exchanging expert reports and conducting expert discovery, the parties agree that they will be unable to meet the expert deadlines noted above;

WHEREAS, the parties believe that extending these deadlines as set forth below will allow them sufficient time to meet the deadlines proposed below;

WHEREAS, there is good cause for an extension of the aforementioned deadlines;

WHEREAS, extending the deadlines would prejudice no party;

WHEREAS, extending the deadlines would not affect any other dates in the Pretrial Jury Order in the event the Court accepts the proposed dates below.

### STIPULATION

IT IS HEREBY STIPULATED by the parties that the deadlines for expert disclosures, fact and expert discovery cutoff, and to file dispositive motions should be extended as follows:

**August 9, 2017**: disclose opening expert reports

**September 8, 2017**: disclose rebuttal expert reports

STIPULATION & [PROPOSED] ORDER TO EXTEND EXPERT DEADLINES IN PRETRIAL ORDER (JURY)

Dated: July 28, 2017       LEONARDMEYER LLP

By: */s/* Derek J. Meyer
Derek J. Meyer
Attorneys for Plaintiff

Dated: July 28, 2017       POLSINELLI LLP

By: */s/* Noel S. Cohen
Noel S. Cohen
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 31, 2017

Hon. Edward J. Davila
United States District Judge

# DECLARATION OF DEREK J. MEYER

I, Derek J. Meyer, declare and state as follows:

1. I am an attorney licensed to practice before all courts of in the States of California and Illinois. This includes the Court. I am lead counsel for Plaintiff in this matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently as to those facts.

3. The parties have been diligent in conducting discovery, have exchanged written discovery, and have conducted multiples depositions and scheduled a deposition of a witness associated with one of the defendants on Augusts 1, 2017 after considerable difficulty finding a date that could work for all counsel appearing at the deposition and the deponent.

4. In light of the parties' reasonable desire to complete this deposition before exchanging expert reports and conducting expert discovery, the parties agree that they will be unable to meet the expert deadlines noted above.

5. The parties believe that extending these deadlines as set forth below will allow them sufficient time to meet the expert deadlines proposed in the parties' stipulation above.

6. Extending the deadlines would not affect any other dates in the Pretrial Jury Order in the event the Court accepts the expert deadlines proposed in the parties' stipulation above.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on July 28, 2017 in Los Angeles, California.

*/s/ Derek J. Meyer*
Derek J. Meyer