**LEONARDMEYER LLP**
Derek J. Meyer (State Bar No. 278346)
5900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90036
Tel: (310) 220-0331
rmeyer@leonardmeyerllp.com

**LEONARDMEYER LLP**
John P. Killacky (admitted *pro hac vice*)
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel: (312) 943-4888
jkillacky@leonardmeyerllp.com

*Attorneys for Plaintiff Kelly Brezoczky*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KELLY BREZOCZKY, an individual, <br><br> Plaintiff, <br><br> v. <br><br> DOMTAR CORPORATION, a Delaware corporation, <br><br> Defendant. | Case No. 5:16-CV-4995-EJD <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A AND B TO THE DECLARATION OF M. MONICA IP** <br><br> Judge: Hon. Edward J. Davila <br> Courtroom: 4, 5th Floor, San Jose |

Before the Court is Plaintiff Kelly Brezoczky's ("Kelly") Administrative Motion pursuant to Civil L.R. 7-11 and 79-5 regarding the filing under seal of Exhibits A and B to the Declaration of M. Monica Ip ("Exhibits"), filed in support of her Opposition to Domtar Corporation's Motion for Summary Judgment and/or Adjudication.

The Administrative Motion states that the Exhibits contain and offer opinions regarding materials which have been designated by Defendant Domtar Corporation ("Domtar") as Confidential pursuant to this Court's Amended Stipulated Protective Order entered on May 4, 2017, (ECF Dkt No. 46), and that as a result, the Exhibits themselves have been designated Confidential pursuant to the Amended Stipulated Protective Order.

Domtar [~~HAS~~ / HAS NOT] filed within 4 days of the filing of the Administrative Motion an opposition pursuant to Civil L.R. 79-5(d)(1)(A) establishing that the designated material is sealable.

**[The Court has considered the opposition of Domtar pursuant to 79-5(d)(1)(A) and finds that Domtar [*HAS* / ~~*HAS NOT*~~] established that the Exhibits are sealable.]**

After considering the foregoing, IT IS HEREBY ORDERED that the Administrative Motion is [***GRANTED*** / ~~***DENIED***~~]. Plaintiff is directed to take all necessary action, if any, to file the Exhibits with the Clerk of Court in conformance with this Order.

**IT IS SO ORDERED.**

DATED: December 5, 2017  _____
Honorable Edward J. Davila
United States District Court Judge

Dated: November 1, 2017         Respectfully submitted,

                                LEONARDMEYER LLP


                                By: */s/* Derek J. Meyer
                                Derek J. Meyer
                                One of the Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I, Derek J. Meyer, an attorney, hereby certify that the attached **[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS A AND B TO THE DECLARATION OF M. MONICA IP** was served via the CM/ECF filing system and electronic mail on November 1, 2017, to all counsel of record.


Dated: November 1, 2017          By: */s/* Derek J. Meyer

- 1 -

[PROPOSED] ORDER ON PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
EXHIBITS A AND B TO THE DECLARATION OF M. MONICA IP
*Brezoczky v. Domtar Corp., et al.,* Case No. 5:16-CV-4995-EJD