UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KELLY BREZOCZKY,

             Plaintiff,

    v.

DOMTAR CORPORATION,

           Defendant.

Case No.  5:16-cv-04995-EJD

**JUDGMENT**

     Defendant's motion for summary judgment having been granted,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant.

     **IT IS SO ORDERED.**

Dated: December 5, 2017

EDWARD J. DAVILA
United States District Judge